EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>    María E. Gómez Velázquez | 2003 TSPR 44<br><br>158 DPR _____ |

Número del Caso: TS-4488

Fecha: 7/marzo/2003

Oficina de Inspección de Notarías:
                    Lcda. Carmen H. Carlos
                    Directora

Abogada de la Parte Querellada:
                    Por Derecho Propio

Materia: Conducta Profesional
        (La suspensión es efectiva a partir del 25 de marzo
        de 2003, fecha en que se le notificó a la abogada de su
        suspensión inmediata)

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

María E. Gómez Velázquez                    TS-4488


PER CURIAM

San Juan, Puerto Rico, a 7 de marzo de 2003


El 8 de marzo de 2002, la Lcda. Carmen H. Carlos, Directora de la Oficina de Inspección de Notarías (ODIN), nos sometió un informe sobre el estado de la notaría de la Lcda. María E. Gómez Velázquez. Del referido Informe surge la existencia de <u>múltiples y serias deficiencias</u> en los protocolos de dicha notario correspondientes a los años 1997, 1998 y 1999, consistentes las mismas en falta de encuadernación; carencia de las firmas e iniciales de comparecientes, en particular de un testamento; la falta de la firma de la propia notario; la no cancelación de los sellos correspondientes; y la juramentación del testimonio de un hermano de la referida notario.

En vista de dicho Informe, mediante Resolución de fecha 5 de abril de 2002, le concedimos término a la Lcda. Gómez Velázquez para que se expresara respecto al mismo.[1] Reaccionando a dicha Resolución, la Lcda. Gómez Velázquez, mediante moción de fecha 9 de mayo de 2002, le informó al Tribunal, en lo pertinente, que "... todos los señalamientos [de la Oficina de Inspección de Notarías] fueron corregidos, estando todo al día".

En vista a ello, el 14 de junio de 2002, le concedimos término a la Oficina de Inspección de Notarías para que se expresara sobre lo informado por la Lcda. Gómez Velázquez. Mediante escrito, de fecha 4 de noviembre de 2002, ODIN nos informó, en lo pertinente, que no era correcto que las deficiencias habían sido corregidas por la Lcda. Gómez Velázquez y que se solicitaba del Tribunal que tomara "...las acciones cautelares y correctivas que estime necesarias".

Ante esta situación, el 6 de diciembre de 2002 le concedimos el término de treinta (30) días a la Lcda. Gómez Velázquez para que corrigiera las deficiencias señaladas y para que mostrara "...causa por la cual no debería ser disciplinada, por haberle informado a este Tribunal que todos los señalamientos de deficiencias

---

[1] Dicha Resolución fue notificada a la Notario por correo certificado, siendo recibida la misma por la Sra. Julie Figueroa Díaz, quien, aparentemente, es la secretaria de la Lcda. Gómez Velázquez.

habían sido corregidos cuando esto no correspondía a la realidad".[2] (énfasis nuestro).

A pesar del tiempo transcurrido, la Lcda. María E. Gómez Velázquez <u>no</u> ha comparecido ante este Tribunal en cumplimiento de la Resolución emitida.

I

Resulta obvio que a la Lcda. María E. Gómez Velázquez <u>no</u> le interesa continuar practicando la honrosa profesión de abogado en nuestra jurisdicción.

Reiteradamente hemos expresado que los abogados tienen la ineludible obligación de responder diligentemente a los requerimientos de este Tribunal y que no toleraremos la incomprensible y obstinada negativa de un miembro de nuestro foro de cumplir con las órdenes de este Tribunal. *In re* Guemarez Santiago, res. el 30 de junio de 1998, 98 TSPR 102. En el presente caso existe un agravante adicional: la ausencia de una explicación satisfactoria respecto al hecho de haberle brindado a este Tribunal información que <u>no</u> es correcta; situación que no estamos en disposición de tolerar.

Por las razones antes expresadas, procede separar, de forma inmediata e indefinida, del ejercicio de la profesión de abogado y de la notaría de la Lcda. María E. Gómez Velázquez, <u>hasta que otra cosa disponga este Tribunal</u>; le imponemos a

---

[2] Dicha Resolución fue notificada a la Notario por correo certificado, existiendo constancia de que la misma fue

ésta el deber de notificar a todos sus clientes de su presente inhabilidad de seguir representándolos, devolver cualesquiera honorarios recibidos por trabajos no realizados, e informar oportunamente de su suspensión a los distintos foros judiciales y administrativos del País. Deberá, además, certificarnos dentro del término de treinta (30) días a partir de su notificación el cumplimiento de estos deberes.

El Alguacil de este Tribunal procederá a incautarse de la obra notarial de María E. Gómez Velázquez, incluyendo su sello notarial, debiendo entregar la misma a la Oficina de Inspección de Notarías para el correspondiente examen e informe a este Tribunal.

Se dictará Sentencia de conformidad.

---

efectivamente recibida, el 16 de diciembre de 2002, por la misma persona, esto es, la Sra. Julie Figueroa Díaz.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

María E. Gómez Velázquez                    TS-4488

SENTENCIA

San Juan, Puerto Rico, a 7 de marzo de 2003

Por los fundamentos expuestos en la Opinión Per Curiam que antecede, la cual se hace formar parte íntegra de la presente, se dicta Sentencia decretando la suspensión inmediata e indefinida del ejercicio de la profesión de abogado y de la notaría de María E. Gómez Velázquez, a partir de la notificación de esta Opinión Per Curiam y hasta que otra cosa disponga este Tribunal. Le imponemos a ésta el deber de notificar a todos sus clientes de su presente inhabilidad de seguir representándolos, devolver cualesquiera honorarios recibidos por trabajos no realizados, e informar oportunamente de su suspensión a los distintos foros judiciales y administrativos del País. Deberá, además, certificarnos dentro del término de treinta (30) días a partir de su notificación el cumplimiento de estos deberes.

La Oficina del Alguacil de este Tribunal procederá, de inmediato, a incautarse de la obra notarial de María E. Gómez Velázquez, incluyendo su sello notarial, luego de lo cual entregará la misma a la Oficina de Inspección de Notarías para el examen e informe a este Tribunal.

Así lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Andréu García no intervino.


Patricia Otón Olivieri
Secretaria del Tribunal Supremo